COURT ADDRESS: 901 19TH ST
DENVER, CO 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2024

JEFFREY P. COLWELL
CLERK

ORTYEVA ALVAREZ

V

DENVER SHERIFF DEPARTMENT

▲ COURT USE ONLY ▲

(PRO SE LITIGANT):
ORTYEVA ALVAREZ
P.O. BOX 1108
DENVER, CO 80201

CIVIL NO.

DIV:

## COMPLAINT

COMES NOW UNDER C.R.C.P. RULE 3 OF COMMENCEMENT OF ACTION THE SAID PLAINTIFF HAS AND/OR FIELD THIS SAID COMPLAINT ACCOMPANYING A SUMMONS AS PART OF C.R.C.P. RULE 3 PETITIONING AND/OR REQUESTING TO MOVE THIS COURT FOR THE COMMENCEMENT OF ACTION AND/OR THE PLAINTIFF HAS ATTACHED A COPY OF THE SAID COMPLAINT AND/OR THE PLAINTIFF NEEDS NO GROUNDS TO FOLLOW:

COMPLAINT:

ON 2/24/23 AT 9:15 AM I WAS GIVEN A LETHAL DOSE OF KEPPRA @ 8:30 AM 6000 MG THIS IS A DOCUMENTED OVERDOSE AN THE EMERGENCY RESPOND SHEET ON RECORD AT DENVER SHERRIFF HEALTH SERVICES WAS AND/OR APPART OF THIS SAID DOCUMENTATION I WAS ON RECORD SENT TO DENVER WHO HELPED REVIVE ME AND/OR I AM CLARIFYING THAT A DENVER EMPLOYE OF SAID MEDICAL STAFF GAVE ME A LETHAL DOSE WHICH ALMOST KILLED AND SENT ME TO THE HOSPITAL ON RECORD.

ADDRESS OF INCIDENT
DENVER SHERIFF DEPARTMENT
P.O BOX 168
DENVER, CO 80201

UNDER PENELTY AND PERSURY OF THE UNITED STATES I AFFIRM THIS TO BE TRUE AND/OR CORRECT TO THE BEST OF MY KNOWLEDGE.

CIVIL No. _____

SIGNATURE _Ortyeva Alvarez_____

PRINT _ORTYEVA ALVAREZ_____

OCTYFNA ALVAREZ
**Denver Sheriff Department**
**P.O. Box 1108**
**Denver, CO 80201**

DENVER CO 802
27 MAR 2024PM 8

US POSTAGE PITNEY BOWES
ZIP 80204 $ 000.64
02 4W
0000345735 MAR 27 2024

ATTN: CLERK OF COURT
901 19TH ST
DENVER CO 80294

**Legal Mail**

80294-250099

Case No. 1:24-cv-00866-LTB · Document 1 · filed 03/29/24 · USDC Colorado · pg 4 of 4